**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Case No. _____

RLI INSURANCE COMPANY,

      Plaintiff,

v.

JOHN LEHMAN and ALICIA LEHMAN,

      Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF

RLI INSURANCE COMPANY ("RLI"), by and through undersigned counsel, files this complaint for declaratory relief against JOHN LEHMAN ("Lehman") and ALICIA LEHMAN (collectively, "Defendants").  RLI alleges as follows:

### Jurisdiction and Parties

1.     This is an action for declaratory judgment brought pursuant to 28 U.S.C. § 2201.

2.     This Court has jurisdiction under 28 U.S.C. §§ 1332 and 1367, as there is complete diversity of citizenship between RLI and Defendants, and the amount in controversy exceeds $75,000.00, exclusive of all fees and costs.

3.     Venue is proper in this Court under 28 U.S.C. § 1391 because Defendants are residents of this judicial district.

4. RLI seeks a declaration as to whether an umbrella liability insurance policy that RLI issued to Lehman provides uninsured/underinsured motorist coverage for an alleged automobile accident that occurred on or about April 12, 2022, in Citrus County, Florida ("the Accident").

5. Lehman was allegedly injured in the Accident.

6. Alicia Lehman was the legal spouse of Lehman at the time of the Accident.

7. RLI is a foreign insurance company, incorporated in Illinois, whose principal place of business is in Peoria, Illinois.

8. Defendants are citizens of the State of Florida who reside in Citrus County, located in the Middle District of Florida.

9. The amount in controversy satisfies this Court's jurisdictional minimum.

**The RLI Umbrella Policy**

10. RLI issued Personal Umbrella Liability Policy no. PUP1322740 (the "RLI Policy") to Lehman, effective February 22, 2022 to February 22, 2023. A true and correct copy of the RLI Policy is attached as **Exhibit A**.

11. The RLI Policy's declarations, set forth on form PUP 311FL (04/1 0), identify the named insured as John Lehman ("Lehman").

12. The RLI Policy's Declarations confirm the amount of underlying insurance or "Basic Policy" that Lehman must maintain:

> It is agreed by you that you and any Relative will be covered by an Automobile liability policy for any Automobile you operate or your Relative operates for at least the minimum limits listed below. It is also agreed by you that you and any Relative will be covered by a personal liability policy for at least the minimum limits listed below. If you or your Relatives are

not covered under your policies for at least the minimum limits listed below, they must be covered under another Automobile liability policy and another personal liability policy for at least the minimum limits below.  If you or your Relatives own a Farm, Seasonal/Secondary/Rental Properties, Recreational Vehicles or Watercraft, you or your Relatives, as the case may be, agree to carry the appropriate policy (or endorsements) listed below covering both you and your Relatives for at least the minimum limits listed below.

| Basic Policy | Minimum Limit of Coverage | | |
|---|---|---|---|
| A.  Automobile Liability | Bodily Injury | $ 250,000 | each person |
| | | $ 500,000 | each occurrence |
| | Property Damage | $ 50,000 | each occurrence |
| | or | | |
| | Bodily Injury | $ 300,000 | each person |
| | | $ 300,000 | each occurrence |
| | Property Damage | $ 50,000 | each occurrence |
| | or | | |
| | Bodily Injury and Property Damage Combined Single Limit | $ 300,000 | each occurrence |

3

| Basic Policy | Minimum Limit of Coverage | | |
|---|---|---|---|
| B. Uninsured/Underinsured Motorists | Bodily Injury | $ | 250,000 each person |
| | | $ | 500,000 each occurrence |
| | Property Damage | $ | N/A each occurrence |
| | or | | |
| | Bodily Injury | $ | 300,000 each person |
| | | $ | 300,000 each occurrence |
| | Property Damage | $ | N/A each occurrence |
| | or | | |
| | Bodily Injury and Property Damage Combined Single Limit | $ | 300,000 each occurrence |
| C. Personal Liability 1. PRIMARY RESIDENCE Homeowners or Personal Liability | Bodily Injury and Property Damage Combined Single Limit | $ | 300,000 each occurrence |
| 2. SEASONAL, SECONDARY OR RENTAL PROPERTIES Comprehensive Personal Liability or Premises Liability | Bodily Injury and Property Damage Combined Single Limit | $ | 300,000 each occurrence |
| 3. FARM Farmowners or Comprehensive Personal Liability | Bodily Injury and Property Damage Combined Single Limit | $ | 300,000 each occurrence |
| D. Recreational Vehicle Liability | Bodily Injury | $ | 100,000 each person |
| | | $ | 300,000 each occurrence |
| | Property Damage | $ | 25,000 each occurrence |
| | or | | |
| | Bodily Injury and Property Damage Combined Single Limit | $ | 100,000 each occurrence |
| E. Watercraft Liability (including, but not limited to, personal watercraft) | Bodily Injury | $ | 300,000 each person |
| | | $ | 300,000 each occurrence |
| | Property Damage | $ | 100,000 each occurrence |
| | or | | |
| | Bodily Injury | $ | 250,000 each person |
| | | $ | 500,000 each occurrence |
| | Property Damage | $ | 100,000 each occurrence |
| | or | | |
| | Bodily Injury and Property Damage Combined Single Limit | $ | 300,000 each occurrence |

13.    The RLI Policy's general provisions, set forth on form PUP 320 (09/14), state, "In this policy, the words you, your, or yours mean the person named in the Declarations as the Named Insured and his or her **Spouse** who lives in the same household.  The words we, us, our, or ours mean RLI Insurance Company."

14.    The RLI Policy is endorsed with an excess uninsured/underinsured motorist (UM) endorsement, set forth on form PUP 325FL (09/14), which provides, in relevant part:

This insurance applies only if:

a.      The policy limits of any and all **Underlying Insurance** have been exhausted by payment of judgments or settlements.

b.      You and your **Relatives** maintain Uninsured Motorist Coverage and Underinsured Motorist Coverage at limits equal to or greater than the Minimum Limits of Coverage as shown in the **Required Basic Policies** section of the Declarations for such coverages. Failure to maintain the applicable Minimum Limit of Coverage as shown in the Required **Basic Policies** section of the Declarations for Uninsured/Underinsured Motorists eliminates coverage under this Excess Uninsured/Underinsured Motorist Coverage.

15.     The UM endorsement defines "**Underlying Insurance**" as "the Required Basic Uninsured/Underinsured Policy as shown in the Declarations and any other applicable liability, uninsured and/or underinsured motorist coverage, and any bond."

### Lehman's Underlying Insurance

1.      At the time of the Accident, Lehman maintained an auto insurance policy with Mapfre Insurance Company ("Mapfre") that carried "stacked" UM coverage with limits in the maximum amount of $100,000 per person and $300,000 per occurrence, multiplied by two insured vehicles on the Mapfre policy.

2.      At the time of the Accident, Lehman maintained a "Collector Vehicle Insurance Policy" ("Collector Policy") with Philadelphia Indemnity Insurance Company ("Philadelphia"), that carried "non-stacked" UM coverage with a Combined Single Limit ("CSL") of $500,000.

3.      Philadelphia denied coverage under the Collector Policy to Lehman's claim for UM benefits in connection with the Accident.

4.      Philadelphia's stated basis for denying UM coverage to Lehman was that the Collector Policy purchased by Lehman does not provide UM coverage to him in

connection with accidents that occur while he is injured in a vehicle owned by him, but not insured on the Collector Policy.

## COUNT I
### Declaratory Judgment that Policy No. PUP1322740
### Provides No UM Coverage to Defendants

5.    RLI realleges and reincorporates all allegations above.

6.    The RLI Policy's excess UM coverage applies only if the limits of any and all required "**Basic Policy**" or underlying insurance shave been "exhausted by payment."

7.    The Mapfre auto insurance policy maintained by the Lehmans does not provide Uninsured Motorist Coverage and Underinsured Motorist Coverage at limits equal to or greater than the Minimum Limits of Coverage as shown in the **Required Basic Policies** section of the Declarations of the RLI Policy for such coverages.

8.    The Lehmans failed to maintain Uninsured Motorist Coverage and Underinsured Motorist Coverage at limits equal to or greater than the Minimum Limits of Coverage as shown in the **Required Basic Policies** section of the Declarations of the RLI Policy for such coverages.

9.    Philadelphia disclaimed UM coverage for claims arising out of the Accident, including derivative consortium claims.

10.    The RLI Policy's excess UM coverage does not apply when the required "**Basic Policy**" limits have not been exhausted by payment of judgment or settlement.

11.    The RLI Policy's UM coverage does not apply to UM claims of Lehman or his spouse, Alicia Lehman, arising out of the Accident.

12.     The RLI Policy's UM coverage will only apply if and when Philadelphia reverses its disclaimer of coverage, should this ever occur.

13.     There exists a bona fide, actual present and practical need for a declaration of the rights and duties of RLI under Policy No. PUP1322740.

**WHEREFORE**, Plaintiff, RLI, respectfully requests that this Court enter a judgment declaring and adjudicating that RLI owes no UM coverage to Lehman or to his spouse, Alicia Lehman, in connection with the Accident.  RLI further seeks an award of the taxable costs incurred in prosecuting this declaratory-judgment action, and any other relief this Court deems just and proper.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Fay E. Ryan
FAY E. RYAN, ESQ.
Florida Bar No.:  0965944
fryan@butler.legal
Secondary: bmoore@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Counsel for Plaintiff, RLI Insurance Company*